UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| THOMAS O. MORGAN, | * | CIV 13-3012-RAL |
| | * | |
| Petitioner, | * | |
| | * | |
| vs. | * | JUDGMENT OF DISMISSAL |
| | * | |
| HUGHES COUNTY SHERIFF'S | * | |
| OFFICE AND DOUGLAS WEBER, | * | |
| | * | |
| Respondents. | * | |

Pursuant to the Opinion and Order Granting Leave to Proceed In Forma Pauperis and Dismissing Complaint, Doc. 5, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Respondents and against Petitioner.

Dated May 28, 2013.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE